UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| PONCIANO AUSTRIA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  C07-5279RBL |
| | ) | |
| v. | ) | |
| | ) | |
| C/O CASEY TORY *et al*., | ) | ORDER DIRECTING A RESPONSE |
| | ) | TO PLAINTIFF'S MOTION FOR |
| Defendants. | ) | AN INTERPRETER |
| _____ | ) | |

Plaintiff, Ponciano Austria, is a Washington State prisoner who is currently incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington.  In June 2007, plaintiff filed a Civil Rights Action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*.  Plaintiff also filed a motion for appointment of an interpreter to help him proceed with this litigation (Dkt. # 3).

Plaintiff asserts in his documents that he is a Filipino and speaks English as a second language (Dkt. # 3).  Plaintiff does not indicate he speaks the official language of the Philippines, Tagalog, as his native tongue.  He asks the court to appoint a special interpreter to assist him in this case.

ORDER DIRECTING A RESPONSE
TO PLAINTIFF'S MOTION FOR
AN INTERPRETER - 1

The court views this motion as raising an access to courts issue. It is therefore appropriate to determine what resources the Department of Corrections has available for plaintiff to aid him in understanding and communicating in English. The Defendants are in a position to address this issue through counsel[1]. Counsel for defendants is ordered to respond to plaintiff's motion outlining what resources are available to aid plaintiff in seeking access to court.

A response will be due on or before **August 10, 2007**, any reply Mr. Austria wishes to file must be filed and served on counsel on or before **August 17, 2007.**

The court re-notes plaintiff's motion to appoint an interpreter, (Dkt. # 3), for **August 17th, 2007.** The Clerk is directed to send copies of this Order to the plaintiff and to the Attorney General's Office Criminal Justice Division.

DATED this 3 day of July, 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

---

[1] The court has just ordered service be attempted by mail. Counsel has not yet appeared for the defendants and the defendants have not yet appeared.

ORDER DIRECTING A RESPONSE
TO PLAINTIFF'S MOTION FOR
AN INTERPRETER - 2