UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PONCIANO AUSTRIA,

    Plaintiff,

    v.

C/O CASEY TOREY *et* al.,

    Defendants

Case No. C07-5279RBL

ORDER DENYING PLAINTIFF'S MOTION FOR AN INTERPRETER

    This action, brought pursuant to 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis.* Before the court is plaintiff's motion asking that an interpreter be assigned to assist him in this action (Dkt. # 3). The court ordered a response to the motion even though the case had not yet been served (Dkt. # 7).

    Counsel for defendants has responded and fully addressed the issue (Dkt. # 19). The Department of Corrections records shows Mr. Austria comprehends English. Further, Mr. Austria can obtain telephonic translation services through two separate services (Dkt. # 19). Mr. Austria may also obtain help from other inmates with his legal work, as long as he follows policy and the legal work is done in the law library. Finally, Mr. Austria may seek the aid of a contract attorney. If

ORDER - 1

1 needed, a translation service "can be made available." (Dkt. # 19).

2 The defendants response shows plaintiff is not being denied access to courts based on a
3 language barrier. The motion to appoint a special interpreter is **DENIED.** The Clerk is directed to
4 send a copy of this Order to plaintiff and counsel for defendants.

5 DATED this 22 day of August, 2007.

  /S/ *J. Kelley Arnold*
  J. Kelley Arnold
  United States Magistrate Judge

28 ORDER - 2