# United States District Court

WESTERN DISTRICT OF WASHINGTON

PONCIANO AUSTRIA

        v.

C/O TOREY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5279RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** as to the only remaining claim.

 

January 14, 2008                                                 BRUCE RIFKIN
                                                                                     Clerk

                                                                                     *s/CM Gonzalez*
                                                                                     Deputy Clerk